## M. L. BICKART
vs.
## F. & F. SCHAEFER BREWING CO.

Superior Court        Fairfield County        File #43019

Present:   Hon. CARL FOSTER, Judge.

Cummings & Lockwood,       Attorneys for the Plaintiff.

Mernstein & Weisman,       Attorneys for the Defendant.

## MEMORANDUM FILED JANUARY 21, 1935.

FOSTER, J.   To paraphrase the words of the Court in **Dawson vs. Orange, 78 Conn. 96, 101,** these allegations tend to put the defendant's defenses more fully and plainly before the Court and it is within its rights, although not strictly necessary, to state them in that manner.

The motion to expunge is denied.